FILE COPY



# COURT OF APPEALS

REBECA C. MARTINEZ
CHIEF JUSTICE
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
IRENE RIOS
BETH WATKINS
LIZA A. RODRIGUEZ
LORI I. VALENZUELA
JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

MICHAEL A. CRUZ,
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

May 25, 2021

Renee Yanta
The Law Firm of Renee Yanta PLLC
8000 IH10 West, Suite 600
San Antonio, TX 78230
* DELIVERED VIA E-MAIL *

Brett B. Rowe
Evans & Rowe, P.C.
10101 Reunion Place, Suite 900
San Antonio, TX 78216
* DELIVERED VIA E-MAIL *

Theodore Christian Schultz
Lindow Stephens Schultz, LLP
700 N. St. Mary's Street, Suite 1700
San Antonio, TX 78205-2456
* DELIVERED VIA E-MAIL *

Adriaan Tieleman Jansse
Cavaretta, Katona & Leighner,
PLLC
One Riverwalk Place
700 N. St. Mary's St., Suite 1500
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

Michael H. Patterson
Susan Florence & Associates
227 North Loop 1604 E., Suite
160
San Antonio, TX 78232
* DELIVERED VIA E-MAIL *

Honorable David A. Canales
73rd Judicial District Court
Bexar County Courthouse
100 Dolorosa, 2nd Floor
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

RE:  Court of Appeals Number:    04-21-00163-CV
     Trial Court Case Number:    2019-CI-01372
     Style:  In re Interventional Pain Management, P.A. on behalf of Tracy
     Hack

    Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

    If you should have any questions, please do not hesitate to contact me.

FILE COPY

Very truly yours,
Michael A. Cruz,
Clerk of Court

*Monica Rivera*

Monica Rivera
Deputy Clerk, Ext. 53855


cc: Dinah L. Gaines (DELIVERED VIA E-MAIL)
Mary Angie Garcia (DELIVERED VIA E-MAIL)

FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

May 25, 2021

No. 04-21-00163-CV

**IN RE INTERVENTIONAL PAIN MANAGEMENT, P.A. ON BEHALF OF TRACY HACK**,

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-01372
Honorable David A. Canales, Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Chief Justice
              Patricia O. Alvarez, Justice
              Beth Watkins, Justice

Real Party's unopposed motion to extend time to file a response to the petition for writ of mandamus is granted. We order the response due June 9, 2021.

It is so **ORDERED** May 25, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT